**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TEMPLE DARLENE PEACOCK**                                                                      **PLAINTIFF**

v.                              **CASE NO. 5:14-CV-00174 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

Having carefully reviewed Magistrate Judge J. Thomas Ray's proposed findings and recommended disposition ("RD") [Doc. No. 18] and the entire record, it is concluded that the RD should be, and hereby is, adopted in its entirety. Accordingly, plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE